[No. 20759–8–I.   Division One.   December 19, 1988.]

METRO HAULING, INC., *Respondent,* v. RUSSELL DAFFERN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–01581–2, Gerard M. Shellan, J., entered July 1, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Pekelis, JJ.

[No. 19684–7–I.   Division One.   December 19, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DION C. SUMMERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–8–04829–6, Jerome M. Johnson, J., entered December 17, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Williams, JJ.

[No. 10813–5–II.   Division Two.   December 20, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LOUIS JAMES KANOOTH, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 86–1–00486–6, John N. Skimas, J., entered March 13, 1987. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.